**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF**
**PENNSYLVANIA**

| | | |
|---|---|---|
| In re Aligned Medical Group, P.C., | : | Chapter 11 |
| | : | |
| Debtor. | : | Bky. No. 25-11769 (PMM) |

## Order Setting Expedited Hearing with Regard to Two (2) Motions

      **AND NOW**, upon consideration of the Debtor's Motion to Use Cash Collateral (doc. #14, the "Cash Collateral Motion") and the Debtor's Motion for Authority to Use Pre-Petition Bank Account (doc. #15, the "Motion for Authority," together with the Cash Collateral Motion, the "Motions") and the request for expedited consideration of the Motions (doc. #16, the "Motion to Expedite");

      It is hereby **ORDERED** that:

1.    The Motion to Expedite is **granted**.

2.    A hearing to consider the Motions will be held on **Friday, May 9, 2025, at 10:30 a.m. by Zoom Teleconference**:

https://www.zoomgov.com/j/1608834286?pwd=d5gUa5QdVH51HJxOgfsmktz4Nd0rhV.1
Meeting ID: 160 883 4286
Passcode: 362962

3.    Written objections or other responsive pleadings to either or both of the Motions (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4.    The Movant shall serve the Motions and this Order on the case trustee, the individual Respondent, the U.S. Trustee, all secured creditors, and all priority creditors by e-mail transmission no later than **5:00 p.m. on Wednesday, May 7, 2025.** Service under this Paragraph is effective if made to each party identified above through the court's CM/ECF system.

5.    The Movant shall serve this Order and a Notice in conformity with Local Bankruptcy Form 9014-3 on all other parties in interest, including creditors, by regular mail no later than **5:00 p.m. on Wednesday, May 7, 2025**. The Movant shall file a Certification of Service as required by Local Rule 9014-4.

**Date: 5/6/25**

                                                                                           **PATRICIA M. MAYER**
                                                                                           **U.S. BANKRUPTCY JUDGE**